UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADVOCATE CHRIST MEDICAL CENTER**, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**ALEX M. AZAR, II,** *Secretary, United States Department of Health and Human Services*,<br><br>　　　　Defendant. | Civil Action No. 17-cv-1519 (TSC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, ECF No. 41, the court hereby DENIES Plaintiffs' Motion for Summary Judgement, ECF No. 13, and GRANTS Defendant's Cross-Motion for Summary judgment, ECF No. 15.

Date:  June 8, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge