**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADVOCATE CHRIST MEDICAL CENTER, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA[1], *Secretary, United States Department of Health and Human Services*<br><br>　　　　　　　　Defendant. | )<br>)<br>)<br>)　Case No. 17-cv-1519 (TSC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

Notice is hereby given this 5th day of August, 2022, that all Plaintiffs appeal to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion and Order of this Court denying the Plaintiff's *Motion for Summary Judgment* [ECF No. 13], and granting the Defendant's *Cross-Motion for Summary Judgment* [ECF No. 15] entered in this action on the 8th day of June, 2022. [ECF Nos. 41, 42].

Respectfully submitted,

HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

By:　/s/ Daniel F. Miller
　　　Daniel F. Miller, D.C. Bar No. WI0032
　　　HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
　　　330 East Kilbourn Avenue, Suite 1250
　　　Milwaukee, WI 53202
　　　Ph: (414) 721-0442
　　　Fax: (414) 721-0491
　　　Email: DMiller@HallRender.com

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Secretary Becerra is automatically substituted as a defendant in this action.